SCWC-11-0000317

IN THE SUPREME COURT OF THE STATE OF HAWAI I

ERIC J. MINTON and RICHARD M. STANLEY,
Petitioners/Plaintiffs-Appellants,

vs.

SIDNEY A. QUINTAL, JOHN C. FUHRMANN,
CITY and COUNTY OF HONOLULU,
Respondents/Defendants-Apellees.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-11-0000317; CIV. NO. 07-1-2354)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, and Pollack, JJ.,
Circuit Judge Castagnetti, in place of Acoba, J., recused, and
Circuit Judge Kim, in place of McKenna, J., recused)

Petitioners/Plaintiffs-Appellants' application for writ of certiorari filed on March 4, 2013, is hereby accepted and will be scheduled for oral argument.

The parties will be notified by the appellate clerk regarding scheduling.

DATED:  Honolulu, Hawai'i, April 17, 2013.

Charles S. Lotsof and
Jack F. Schweigert
for petitioners

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Richard W. Pollack

/s/ Jeannette H. Castagnetti

/s/ Glenn J. Kim

